[No. 28712-5-I.   Division One.   May 24, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS STEVE RUTTINGER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04686-5, Steven G. Scott, J., entered June 7, 1991. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Webster, C.J., and Forrest, J.

[No. 29456-3-I.   Division One.   May 24, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ARTHUR SCHMITT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00566-9, Kathryn E. Trumbull, J., entered October 9, 1991. *Affirmed in part* and *remanded* by unpublished opinion per Kennedy, J., concurred in by Webster, C.J., and Forrest, J.

[No. 14254-6-II.   Division Two.   May 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK HATFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 90-1-00644-1, J. Dean Morgan, J., entered September 5, 1990. *Affirmed* by unpublished opinion per Petrich, J. Pro Tem., concurred in by Alexander, C.J., and Seinfeld, J.